**NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:14cv47 |
| | § | Judge Clark/Judge Mazzant |
| PRESTON PARK PARTNERS, LTD, | § | |
| a Texas Limited Company, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal with Prejudice [Doc. #12].

It is **ORDERED** that the Stipulation of Dismissal with Prejudice [Doc. #12] is accepted by the court. The court further **ORDERS** that this action, including all counterclaims, is **DISMISSED** with prejudice.

It is further **ORDERED** that except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **14** day of **August, 2014.**

_____
Ron Clark, United States District Judge